**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

IN RE:                                        CASE NO.:   3:18-bk-03009-JAF
                                              Chapter.:   13

**Cedric Jermil Jones and**
**Cheryle Kimberly Jones,**
    Debtor.
_____

### NOTICE OF CHANGE OF ADDRESS

Debtor **Cedric Jermil Jones and Cheryle Kimberly Jones** by and through their undersigned attorney states:

1. The correct address is 3723 Juliet Leia Circle South, Jacksonville, FL 32218.

**DATED** this 4th day of December, 2018.

> /s/ Gerald B. Stewart, Esq
> **GERALD B. STEWART, ESQ**
> **Florida Bar No.: 285412**
> 24 N. Market Street, Suite 402
> Jacksonville, FL 32202
> 904.353.8876
> 904.356.2776 (Facsimile)
> Stewartlaw7272@gmail.com
> *Attorney for Debtors*

### CERTIFICATE OF SERVICE

I/WE HEREBY CERTIFY that a copy of the foregoing has been furnished to **Douglas W. Neway, Chapter 13 Standing Trustee, PO Box 4308,** Jacksonville, FL 32201; Assistant U.S. Trustee, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100 Orlando, FL. 32801; and to all Interest parties as listed on the attached current matrix via U.S. Mail and electronic CM/ECF system this, this 4th day of December, 2018.

> /s/ Gerald B. Stewart, Esq
> **ATTORNEY**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:18-bk-03009-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Dec  4 16:38:09 EST 2018 | Cedric Jermil Jones<br>12259 Emblem Ct.<br>Jacksonville, FL 32218-0842 | Cheryle Kimberly Jones<br>12259 Emblem Ct.<br>Jacksonville, FL 32218-0842 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | U.S. Bank National Association, as Trustee,<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One/Midland Funding, LLC<br>PO Box 2001<br>Warren, MI 48090-2001 | Conifer Ridge HOA<br>c/o Crabtree Law Group, P.A.<br>8777 San Jose Boulevard<br>Building A, Ste 200<br>Jacksonville, FL 32217-4213 |
| Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 | FedLoan Servicing<br>Pob 60610<br>Harrisburg, PA 17106-0610 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Mercedes Benz Financial<br>PO Box 685<br>Roanoke, Texas 76262-0685 | Mercedes-Benz Financial Services<br>P.o. Box 961<br>Roanoke, TX 76262-0961 | Midland Credit Management, Inc<br>2365 Northside Drive Ste 300<br>San Diego, CA 92108-2709 |
| Navy FCU<br>820 Follin Ln Se<br>Vienna, VA 22180-4907 | Navy FCU<br>Po Box 3700<br>Merrifield, VA 22119-3700 | Navy Federal Credit Union<br>Po Box 3700<br>Merrifield, VA 22119-3700 |
| Ocwen Loan Servicing L<br>1661 Worthington R<br>West Palm Beach , Florida 33409-6493 | Pionr Midctr<br>4700 Belleview Ave Ste 3<br>Kansas City, MO 64112-1378 | Synchrony Bank<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| US Deptartment of Education/Great Lakes<br>Po Box 7860<br>Madison, WI 53707-7860 | (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Gregory K. Crews +<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 |
| Gerald B Stewart +<br>Law Office of Gerald B. Stewart<br>24 North Market Street<br>Suite 402<br>Jacksonville, FL 32202-2848 | United States Trustee - JAX 13/7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Christopher P Salamone +<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
15000 Capital One Dr
Richmond, VA 23238

Vystar Credit Union
Po Box 45085
Jacksonville, FL 32232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Opploans/finwise

End of Label Matrix
Mailable recipients   26
Bypassed recipients    1
Total                 27